TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YAKY HOWARD MEJIA SOTO,<br><br>  Petitioner,<br><br>  v.<br><br>REGGIE RADER, Police Chief, Henderson Detention Center; MICHAEL BERNACKE, Field Office Director, U.S. Immigration and Customs Enforcement; SUMMER JOHNSON, US District Attorney for the District of Nevada; PAMELA BONDI, Attorney General of the United States; and KRISTI NOEM, Secretary of Homeland Security, in their official capacities,<br><br>  Respondents. | Case No. 2:25-cv-02281-RFB-EJY<br><br>**Joint Stipulation for Retroactive Extension of Time for Federal Respondents to File a Response to the Motion for Attorney's Fees (ECF No. 12)**<br><br>**(First Request)** |

Petitioner Yaky Howard Mejia Soto ("Petitioner") and Federal Respondents Michael Bernacke, Summer Johnson, Pamela Bondi and Kristi Noem ("Federal Respondents"), through undersigned counsel, hereby agree to and submit this Stipulation for a retroactive extension of time for Federal Respondents to File a Response to Petitioner's Motion for Attorney Fees (ECF No. 12), from December 26, 2025, to **January 9, 2026**. This extension is necessary because of overlapping court-ordered deadlines in multiple immigration matters and undersigned counsel's previously approved international family leave from December 22, 2025, through January 2, 2026. This request for an extension is filed retroactively because the United States Attorney's Office was closed from

December 24 to December 26, and because support staff for undersigned counsel – who is still on international leave – was unexpectedly out of the office on December 29, 2025, due to flight cancellations and delays. The parties had previously agreed to the extension on December 23, 2025, but the stipulation could not be filed until today.

Accordingly, the parties respectfully request that the Court approve this stipulation and retroactively extend the deadline for Federal Respondents to file a response to Petitioner's motion for attorney fees from December 26, 2025, to **January 9, 2025**. This is the first request for an extension of time to respond to Petitioner's motion. This request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 30th day of December 2025.

| | |
|---|---|
| LAW OFFICE OF DAVID E. WALTERS | SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ David E. Walters*<br>DAVID E. WALTERS<br>Nevada Bar No. 7203<br>4060 E. Russell Rd., Ste. 100<br>Las Vegas, NV 89120<br>702-405-6666<br>*Attorney for Petitioner* | */s/ Christian R. Ruiz*<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorneys |

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT JUDGE
RICHARD F. BOULWARE II**

**DATED:**   December 31, 2025.

2